

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00229-CV

| | | |
|---|---|---|
| EVAN MCSHIRLEY AND D'ANN DAGEN, Appellants | § | On Appeal from County Court at Law No. 1 |
| | § | of Parker County (CIV-23-0047) |
| V. | § | March 7, 2024 |
| LEILANI LUCAS, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order denying Evan McShirley and D'Ann Dagen's motion to dismiss under the Texas Citizens Participation Act. It is ordered that the order of the trial court is affirmed in part and reversed in part.

We affirm the part of the trial court's order that denied dismissal of Leilani Lucas's defamation, malicious-prosecution, and conspiracy claims. We reverse the part of the trial court's order that denied dismissal of Lucas's intentional infliction of emotional distress, negligence, and gross negligence claims, and we render judgment

dismissing those claims only. We remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellants Evan McShirley and D'Ann Dagen shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
    Justice Wade Birdwell